# EXHIBIT A

## Invoice Itemization for Amounts Owed by Defendants

55751233.1
389590-00014

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Healthy Vision and Dr. Powers**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 1646292 | 4231659 | 12/30/2022 | 1/29/2023 | $ 44,928.00 | $ 44,928.00 |
| | | | Totals: | $ 44,928.00 | $ 44,928.00 |